IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Augustine Bernal Thomas,<br><br>　　　　　　　Defendant/Movant,<br><br>v.<br><br>United States of America,<br><br>　　　　　　　Respondent. | No. CV13-02299-PHX-SRB(MEA)<br>　　CR10-00927-PHX-SRB |

　　　Movant, Augustine Bernal Thomas, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on November 8, 2013. The United States filed its response in opposition on August 28, 2014. Movant did not file a reply.

　　　The Magistrate Judge filed the Report and Recommendation on October 7, 2014 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

**IT IS FURTHER ORDERED** denying Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 3rd day of November, 2014.

_____
Susan R. Bolton
United States District Judge